In re:  Case No. 15-04716-HWV

Denise R. Sandbek  Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Dec 28, 2020     Form ID: 3180W     Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Denise R. Sandbek, 175 Biglar Court, Windsor, PA 17366-9013 |
| 4716469 | + | Account Assure, Plan Administrator, PO Box 219, Roswell, GA 30077-0219 |
| 4716470 | + | Allen Restorations Inc., 5698 Gingrich Road, Hershey, PA 17033-9726 |
| 4716472 | + | Arcadia Recovery Bureau, LLC, PO Box 70256, Philadelphia, PA 19176-0256 |
| 4743163 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 4716476 | + | Boscov's, PO Box 71106, Charlotte, NC 28272-1106 |
| 4716483 | | Dermatology & Skin Surgery Center, of York, 400 Pine Grove Commons, York, PA 17403-5161 |
| 4716485 | | Estate Information Services LLC, EIS Collections, PO Box 1398, Reynoldsburg, OH 43068-6398 |
| 4716489 | | M&T Bank, PO Box 188, Buffalo, NY 14240-0188 |
| 4716491 | + | Natalie I. Bene, MD, c/o CBY, 33 S. Duke Street, York, PA 17401-1401 |
| 4716494 | + | Northland Group, Inc, P.O. Box 390905, Minneapolis, MN 55439-0905 |
| 4716495 | | OSS Health, 1861 Power Mill Road, York, PA 17402-4723 |
| 4716496 | | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 4716497 | + | Sallie Mae, Department of Education, PO Box 740351, Atlanta, GA 30374-0351 |
| 4716500 | ++ | VALLEY, ATTN ATTN LEGAL DEPARTMENT, 1455 VALLEY ROAD, WAYNE NJ 07470-8448 address filed with court:, Valley National Bank, 1455 Valley Road, Wayne, NJ 07470 |
| 4724075 | + | VNB LOAN SERVICES INC., A SUBSIDARY OF VALLEY NATIONAL BANK, 747 CHESTNUT RIDGE ROAD SUITE 201, CHESTNUT RIDGE , NY 10977-6225 |
| 4716501 | + | Wellspan Health, York Hospital, 1001 South George Street, York, PA 17403-3645 |
| 4716502 | + | York Hospital, 1001 S George St., York, PA 17403-3645 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4716471 | | EDI: AMEREXPR.COM | Dec 29 2020 00:13:00 | American Express, Customer Service, PO Box 981535, El Paso, TX 79998-1535 |
| 4738429 | | EDI: BECKLEE.COM | Dec 29 2020 00:13:00 | American Express Centurion Bank, c/o Becket and Lee LLP, POB 3001, Malvern PA 19355-0701 |
| 4716473 | | EDI: BANKAMER.COM | Dec 29 2020 00:13:00 | Bank of America, PO Box 982235, El Paso, TX 79998-2235 |
| 4716474 | + | EDI: CITICORP.COM | Dec 29 2020 00:13:00 | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 4716475 | | EDI: WFNNB.COM | Dec 29 2020 00:13:00 | Bon-Ton/Comenity Bank, PO Box 659450, San Antonio, TX 78265-9450 |
| 4716480 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 28 2020 19:09:00 | Citizens Bank, PO Box 7000, Providence, RI 02940 |
| 4716477 | | Email/Text: cms-bk@cms-collect.com | Dec 28 2020 19:09:00 | Capital Management Services LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 4745777 | | EDI: BL-BECKET.COM | Dec 29 2020 00:13:00 | Capital One NA, c/o Becket and Lee LLP, POB 3001, Malvern PA 19355-0701 |
| 4716479 | + | EDI: CITICORP.COM | | |

| | | | |
|---|---|---|---|
| | | Dec 29 2020 00:13:00 | Citi Cards, ATTN: Customer Service, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 4716481 | + Email/Text: mediamanagers@clientservices.com | Dec 28 2020 19:09:00 | Client Services Inc, 3451 Harry Truman Blvd, Saint Charles, MO 63301-9816 |
| 4716482 | + EDI: CCS.COM | Dec 29 2020 00:13:00 | Credit Collection Services, 2 Wells Avenue, Newton Center, MA 02459-3246 |
| 4716484 | EDI: DISCOVER.COM | Dec 29 2020 00:13:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 4718018 | EDI: DISCOVER.COM | Dec 29 2020 00:13:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4716486 | EDI: USBANKARS.COM | Dec 29 2020 00:13:00 | Fulton Bank, Cardmember Service, PO Box 6335, Fargo, ND 58125-6335 |
| 4716478 | EDI: JPMORGANCHASE | Dec 29 2020 00:13:00 | Chase, PO Box 15123, Wilmington, DE 19850 |
| 4716487 | Email/Text: PBNCNotifications@peritusservices.com | Dec 28 2020 19:09:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 4716488 | EDI: LTDFINANCIAL.COM | Dec 29 2020 00:13:00 | LTD Finanical Services, 7322 Southwest Freeway, Suite 1600, Houston, TX 77074 |
| 4725825 | Email/Text: camanagement@mtb.com | Dec 28 2020 19:09:00 | M&T BANK, PO BOX 1288, Buffalo, NY 14240 |
| 4716490 | + EDI: MID8.COM | Dec 29 2020 00:13:00 | Midland Credit Management, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 4750713 | + EDI: MID8.COM | Dec 29 2020 00:13:00 | Midland Credit Management, Inc., as agent for MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4716492 | + Email/Text: Bankruptcies@nragroup.com | Dec 28 2020 19:10:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 4716493 | + EDI: NAVIENTFKASMSERV.COM | Dec 29 2020 00:13:00 | Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 4754071 | EDI: NAVIENTFKASMSERV.COM | Dec 29 2020 00:13:00 | Navient Solutions, Inc., Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 4721975 | EDI: Q3G.COM | Dec 29 2020 00:13:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4716498 | EDI: CITICORP.COM | Dec 29 2020 00:13:00 | Sears Mastercard, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 4716499 | + EDI: URSI.COM | Dec 29 2020 00:13:00 | United Recovery Systems, 5800 North Course Drive, Houston, TX 77072-1613 |
| 4742852 | EDI: ECAST.COM | Dec 29 2020 00:13:00 | eCAST Settlement Corporation, POB 29262, New York NY 10087-9262 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2020         Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| John F Goryl | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| Joshua I Goldman | on behalf of Creditor M&T Bank josh.goldman@padgettlawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| Michael R Caum | on behalf of Debtor 1 Denise R. Sandbek mikecaumesq@comcast.net |
| Rebecca Ann Solarz | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| Thomas I Puleo | on behalf of Creditor M&T Bank tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Denise R. Sandbek<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–6399<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:15–bk–04716–HWV | |

# Order of Discharge                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Denise R. Sandbek

12/28/20                                                **By the court:** Henry W. Van Eck
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**